IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| CLAYTON HENDERSON, #223623 | § § | |
| V. | § § | CIVIL ACTION NO. G-05-535 |
| JUDGE WAYNE MALIA, ET AL. | § § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 9th day of July, 2007.

_____
Samuel B. Kent
United States District Judge